AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CESAR HERNANDEZ, | ) | Case No. |
| a/k/a "Cesar Hernandez Gonzalez," | ) | 18-8442-WM |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED by ___ D.C.
OCT 2 3 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(2) | Illegal reentry after deportation by an aggravated felon |

This criminal complaint is based on these facts:

Please see the affidavit of Immigration and Customs Enforcement ("ICE") Deportation Officer Damian Weston, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Damian Weston, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/23/2018__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__   Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

I, Damian Weston, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over seven years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Cesar HERNANDEZ, a/k/a "Cesar Hernandez Gonzalez," committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about October 19, 2018, Cesar HERNANDEZ was arrested in Palm Beach County, Florida for hit and run and failure to appear. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from the United States, that is, Cesar HERNANDEZ.

4. A review of the immigration alien file assigned to Cesar HERNANDEZ shows that he is a native and citizen of Mexico. Records further show that Cesar HERNANDEZ was previously ordered removed from the United States. The Order of Removal was executed on or about January 9, 2012, whereby Cesar HERNANDEZ was removed from the United States and returned to Mexico.

5. A further review of the immigration alien file shows that Cesar HERNANDEZ was convicted, on or about November 5, 2007, in the 10th Judicial District, in the criminal circuit court of McMinn County, Tennessee, of possession of cocaine over 0.5 grams for resale.

6. I performed a records check in the Computer Linked Application Informational Management System ("CLAIMS") to determine if HERNANDEZ filed an application for permission

to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that HERNANDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. As previously noted, Cesar HERNANDEZ's fingerprints, taken on or about October 19, 2018 by the Palm Beach County Jail booking officials, were scanned into the Integrated Automated Fingerprint Identification System ("IAFIS"). The query results registered as a match to the same Cesar HERNANDEZ who was fingerprinted and removed from the United States on or about January 9, 2012.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about October 19, 2018, Cesar HERNANDEZ, an alien who was previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

Further, affiant sayeth naught.

Damian Weston
Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed to before me this 23rd day of October, 2018 in West Palm Beach, Florida.

HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8442-WM

UNITED STATES OF AMERICA

v.

CESAR HERNANDEZ,
a/k/a "Cesar Hernandez Gonzalez,"

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

                Respectfully submitted,

                ARIANA FAJARDO ORSHAN
                UNITED STATES ATTORNEY

BY: _____
        ALEXANDRA CHASE
        ASSISTANT UNITED STATES ATTORNEY
        District Court No. A5501746
        500 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        Tel:    (561) 209-1011
        Fax:   (561) 659-4526
        Email: alexandra.chase@usdoj.gov